IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR183-M |
| | ) | |
| SHARON D. WILLIAMS | ) | |

## ORDER ON MOTION

On 2 September 2005, the defendant, SHARON D. WILLIAMS, filed a notice of right to counsel which has been construed by the court as a motion for appointment of counsel. Upon further review, the court finds that the defendant, SHARON D. WILLIAMS, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Therefore, it is

ORDERED that the motion is GRANTED. The Clerk shall appoint the Public Defender to represent the defendant for all further proceedings. The Public Defender shall file a notice of appearance in the above-styled case.

Done this 7th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE