IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:0CR183-VPM |
| ) | |
| SHARON D. WILLIAMS ) | |

*Received 2005 SEP -9 A 11: 45, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA*

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW** Sherrina L. McQuain and enters the withdrawal of Adam M. Cook as government counsel in the above-captioned case. Mr. Cook was recently reassigned to Korea with the United States Air Force and will no longer be available to represent the government in this matter. I, Sherrina L. McQuain, will be the designated government representative on which service may be made.

Respectfully submitted this 9th day of September, 2005.

SHERRINA L. McQUAIN
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
(334) 953-2786

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed to Ms. Sharon D. Williams, 3821 MacLamar Road, Montgomery, AL 36111, by United States Postal Service on this 9th day of September, 2005.

Respectfully,

SHERRINA L. McQUAIN
Special Assistant United States Attorney