IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR183-M |
| | ) | |
| SHARON D. WILLIAMS | ) | |

## ORDER ON MOTION

Upon consideration of the Motion to Withdraw and Substitute (Doc. #8) filed by the government on 9 September 2005, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 12th day of September, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE