COURTROOM DEPUTY MINUTES  DATE: 9-13-2005    IA
MIDDLE DISTRICT OF ALABAMA
DIGITAL RECORDING: 10:20 – 10:25 am
Arr – 10:26 – 10:30 am

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql

CASE NO.: 2:05cr183-M           DEFT. NAME: Sharon D. WILLIAMS

USA: ~~McQuain~~ Brunson        ATTY: Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant _____ does ___✓___ does NOT need an interpreter

Interpreter present ___✓___ NO _____ YES  NAME: _____

- ☐ kars       Date of Arrest _____ or ☐ karsr40
- ☑ kia.       Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ☑ kcnsl.     Deft. First Appearance with Counsel
- ☐            Deft. First Appearance without Counsel
- ☐            Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐            Deft. Advises he will retain counsel. Has retained _____
- ☐            Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐            Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.    **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.      ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
               ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☐            Preliminary Hearing ☐ Set for _____
- ☐ ko.        Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.    Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐            Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☑ karr.      ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered.
               ☑ Set for 11-21-05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
               DISCOVERY DISCLOSURES DATE: 9-13-05
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt     Waiver of Speedy Trial Act Rights Executed