IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.2:05cr183-VPM |
| | ) | |
| SHARON D. WILLIAMS | ) | |

## **ORDER**

For good cause, it is

ORDERED that jury selection and trial currently set for 21 November 2005 at 10:00 a.m. be RESET to *21 November 2005 at 2:00 p.m.* in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 25th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE